| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Pio S. Kim (156679)<br>Pio.Kim@limnexus.com<br>James E. Till (200464)<br>James.Till@limnexus.com<br>Alexander Su (297689)<br>Alexander.Su@limnexus.com<br>LIMNEXUS LLP<br>707 Wilshire Boulevard, 46th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 955-9500/ Fax: (213) 955-9511<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Creditor, AJU Small but Great Fund 5 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  \*\*SELECT DIVISION\*\***

| In re:<br><br>Daniel Hyun You<br><br><br>Debtor(s). | CASE NO.: 2-19-bk-15982-RK<br><br>ADVERSARY NO.: 2:19-ap-01282-RK<br><br>CHAPTER: 7 |
|---|---|
| Aju Small but Great Fund 5, a Korean entity<br><br><br>Plaintiff(s).<br>vs.<br><br><br>Daniel Hyun You<br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: October 22, 2019<br>TIME: 02:30 PM<br>COURTROOM: 1675<br>ADDRESS: 255 E. Temple St., Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☑ Yes    ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☑ Yes    ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☑ Yes    ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☑ Yes    ☐ No

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| Anytime after January 2020, except the first two weeks of the month of April. | As soon as possible |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| Plaintiff's employees are located in Korea and speak only Korean, which causes many difficulties in preparing for trial. | N/A |

3. When do you expect to complete <u>your</u> discovery efforts?

| Plaintiff | Defendant |
|---|---|
| December 31, 2019 | |

4. What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Depositions of defendant, and his former partners and employee; and his CPA. | None |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| Plaintiff | Defendant |
|---|---|
| 3 days | 2 hours |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

| Plaintiff | Defendant |
|---|---|
| about 10-15. | 2 hours |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| approximately 50 | 1 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☑ is ☐ is not requested | Pretrial conference ☐ is ☑ is not requested |
| Reasons: | Reasons: No attorney. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) January 15, 2020 | (*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   None

2. Has this dispute been formally mediated?    ☐ Yes    ☑ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☑ No | ☐ Yes    ☑ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 3    F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☑ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 10/07/2019                                      Date: 9/28/19

LimNexus LLP
Printed name of law firm                              Printed name of law firm
                                                      DANIEL YOU
Signature                                             Signature

Pio S. Kim                                            DANIEL YOU
Printed name                                          Printed name

Attorney for: Creditor, Aju Small but Great Fund 5    Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

707 Wilshire Boulevard, 46th Floor, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/07/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA); uspregion16.la.ecf@usdoj.gov

Wesley H. Avery (Trustee): wes@averytrustee.com; CL17@ecfcbis.com; lucy@averytrustee.com; Isabel@averytrustee.com

Attorneys of Ch. 7 Trustee (Wesley H. Avery): ehays@marshackhays.com; lmasud@marshackhays.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/07/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Daniel Hyun You (Pro Per)
1165 W. 225th Street
Torrance, CA 90502

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/07/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
Honorable Robert N. Kwan
Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/07/2019 | Annel Cruz | /s/ Annel Cruz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                Page 5                F 7016-1.STATUS.REPORT